UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMPRESS HADIYA A. JONES-BEY, and EMPRESS
HADIYA A. JONES-BEY on behalf of Z.J.-B; T.K.-B,

JUDGMENT

          Plaintiffs,

   v.

20-CV-3865 (PKC) (RER)

WILLIAM PIERCE and SHANTAE PIERCE,

          Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 4, 2020, dismissing the complaint for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States*, 269 U.S. 438, 444–45 (1962); it is

       ORDERED and ADJUDGED that the complaint is dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States,* 269 U.S. 438, 444–45 (1962).

Dated: Brooklyn, New York
      September 8, 2020

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk